# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

ANDY TONG,

      Plaintiff,

v.                                                    Case No.   3:21-cv-1236-MMH-LLL

WELLS FARGO BANK, N.A.,

      Defendant.

_____

## O R D E R   O F   R E C U S A L

The undersigned hereby recuses herself from further proceedings in this action due to a financial interest.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of December, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record