UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDY TONG,
    Plaintiff,

v.                                               Case No. 3:21-cv-1236-HES-LLL

WELLS FARGO BANK, N.A., a
foreign profit corporation,
    Defendant.
_____/

## ORDER

This cause is before this Court on the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 17).

Accordingly, it is **ORDERED**:

1. Based on Rule 41(a)(1)(A)(ii), the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 17) is **GRANTED** and this case is **DISMISSED** with prejudice.

2. The parties agree that each party will bear their own respective costs and attorney's fees.

3. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 20th day of April, 2022.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Megan Anne McNamara, Esq.
Amy S. Rubin, Esq.
Kelly B. Mathis, Esq.